UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH DESOLA,

                            Plaintiff,         **ORDER**
                                                                   CV 06-1745 (ADS) (ARL)

       -against-

TIMES MIRROR GROUP LONG-TERM
DISABILITY PLAN, et al.,

                            Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's letter application dated December 19, 2006, seeking a 45-day extension of the December 20, 2006 discovery deadline as well as an extension of the January 3, 2007 deadline for the commencement of dispositive motion practice. According to the plaintiff, the defendants do not consent to extend discovery, but do consent to a two-week extension of the dispositive motion practice deadline. Defendants have not submitted opposition to the court.

      According to the plaintiff, he has been deposed and has provided responses to the defendants' documents requests. He states, however, that he requires more time to complete discovery from the defendants without specifying what discovery remains outstanding. Thus, the court cannot assess whether the 45-day extension sought is warranted. Accordingly, the application to extend the discovery deadline is denied with leave to renew. Plaintiff also bases his application on his intention to move to amend his complaint as a class action and seeks a pre-motion conference before the undersigned in this regard. Applications to amend the complaint must be made to the district judge in accordance with his individual practices. The deadline for the commencement of dispositive motion practice is extended through January 17, 2007.

Dated: Central Islip, New York           **SO ORDERED:**
       December 28, 2006                             _____/s/_____
                                                      ARLENE R. LINDSAY
                                                        United States Magistrate Judge